**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

JEROME W. DEWALD,

        Plaintiff,

vs.

CAFÉ SERENDIPITY HOLDINGS, INC.,

        Defendant.

2:19-cv-00764-JAD-VCF

**ORDER**

    Before the court is pro se Plaintiff Jerome W. Dewald's Motion For Pro Se Litigant To File Electronically (ECF No. 4).

    Accordingly, and for good cause shown,

    IT IS ORDERED that pro se Plaintiff Jerome W. Dewald's Motion For Pro Se Litigant To File Electronically (ECF No. 4) is GRANTED with the following provisions:

    1.    On or before June 7, 2019, Plaintiff Jerome W. Dewald must provide certification that he has completed the CM/ECF tutorial and is familiar with Electronic Filing Procedures that are accessible on this court's website under the Local Rules Part IC-Electronic Case Filing.

    2.    Plaintiff Jerome W. Dewald is not authorized to file electronically until said certification is filed with the Court within the time frame specified.

    3.    Upon timely filing of the certification, Plaintiff Jerome W. Dewald must

contact the CM/ECF Help Desk at (702) 464-5555 to set up a CM/ECF account.

DATED this 22nd day of May, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE